US00D948321S

EXHIBIT A

## (12) United States Design Patent
Ji

(10) Patent No.:  **US D948,321 S**
(45) Date of Patent:  ⁑⁑ **Apr. 12, 2022**

(54) **HOOK**

(71) Applicant: **SHANTOU TAIHUI TRADING CO., LTD.**, Shantou (CN)

(72) Inventor: **Yueshen Ji**, Shantou (CN)

(73) Assignee: **SHANTOU TAIHUI TRADING CO., LTD.**, Shantou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/769,412**

(22) Filed: **Feb. 5, 2021**

(51) **LOC (13) Cl.** .............................................. 08-05
(52) **U.S. Cl.**
     USPC ........................................................ **D8/370**
(58) **Field of Classification Search**
     USPC ........ D8/354, 366, 371, 372, 367, 374, 373, D8/376, 375, 16, 19, 45, 380, 381, 394, D8/71, 370; D20/42, 43; D11/164, 132
     CPC .................................. F16B 45/00; F16B 25/00
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D27,608 S | * | 8/1897 | Clark .............................. D8/367 |
| D31,861 S | * | 11/1899 | Copeland ..................... D13/132 |
| D34,534 S | * | 5/1901 | Salagher ........................ D8/370 |
| D34,862 S | * | 7/1901 | Stuckey et al. ................ D8/363 |
| D115,773 S | * | 7/1939 | Strand ............................ D8/367 |
| D116,867 S | * | 9/1939 | Strand ........................... D8/370 |
| 4,025,014 A | * | 5/1977 | Larson ................ E05B 73/0005 248/552 |
| D281,950 S | * | 12/1985 | Sachs ............................. D8/370 |
| D611,803 S | * | 3/2010 | Lien ............................... D8/370 |
| D817,748 S | | 5/2018 | Wang et al. |
| D893,984 S | * | 8/2020 | Rateliff .......................... D8/367 |
| D896,620 S | | 9/2020 | Tsai |
| D926,558 S | * | 8/2021 | Zeng .............................. D8/367 |

OTHER PUBLICATIONS

Posted on Jan. 4, 2021 at https://www.amazon.com/Beheno-Q-Hanger-Outdoor-String-Release/dp/B08RXVW757/ref=asc_df_B08RXVW757/?tag=hyprod-20&linkCode=df0&hvadid=475794862994&hvpos=&hvnetw=g&hvrand=13428060671790706036&hvpone=&hvptwo=&hvqmt=&hvdev=c&hvdvcmdl=&hvlocint=&hvlocphy=9009694&hvtargid=pla-1186549340806&th=1.*

* cited by examiner

*Primary Examiner* — Eliza Z Bennett-Hattan

(57) **CLAIM**

The ornamental design for a hook, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a hook showing my new design;
FIG. **2** is another perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines in the drawings depict portions of the hook that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8